No. 87–1980.   JIMENEZ-NETTLESHIP ET AL. *v.* CORTES-QUI-NONES.   C. A. 1st Cir.   Certiorari denied.

No. 87–1981.   HARRIS *v.* REFINERS TRANSPORT & TERMINAL CORP. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–1983.   JOHNSON *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 87–1984.   THOMAS *v.* SEABOARD SYSTEM RAILROAD, INC. Sup. Ct. Va.   Certiorari denied.

No. 87–1986.   COLZIE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 87–1987.   MOORE *v.* CONSOLIDATED RAIL CORPORATION. C. A. 3d Cir.   Certiorari denied.

No. 87–1988.   MIAMI CENTER LIMITED PARTNERSHIP ET AL. *v.* BANK OF NEW YORK.   C. A. 11th Cir.   Certiorari denied.

No. 87–1990.   BODDIE *v.* FAISON ET UX.   C. A. D. C. Cir. Certiorari denied.

No. 87–1991.   GUINNANE ET AL. *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 87–1992.   KERO *v.* MOREL ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 87–1995.   HOOPER *v.* MUSOLINO ET AL.   Sup. Ct. Va.   Certiorari denied.

No. 87–2000.   LAST CHANCE MINING CO., INC., ET AL. *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 87–2001.   SCHIFFERLY *v.* COMMISSIONER OF PATENTS. C. A. Fed. Cir.   Certiorari denied.